**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **SHAH ISLAM & SHAHIM SULTANA,**  Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| **UNITED PROPERTY & CASUALTY INSURANCE COMPANY,**  Defendant. | § § § § | |

## NOTICE OF REMOVAL

**TO:  THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:**

COMES NOW, **UNITED PROPERTY & CASUALTY INSURANCE COMPANY ("Defendant" or "UPC"),** in the above entitled and numbered cause, and presents this, its Notice of Removal of the suit styled Shah Islam & Shahim Sultana vs. United Property & Casualty Insurance Company, bearing cause no: 2019DCV-0964-G, and pending in the 319th District Court of Nueces County, Texas, where the suit was instituted, to this United States District Court for the Southern District of Texas, Corpus Christi Division. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Expressly reserving all questions other than that of removal, Defendant respectfully shows that removal is proper as follows:

## I.
## INTRODUCTION

1.1.   Plaintiffs are Shah Islam & Shahim Sultana, residents and citizens of Texas.

1.2. Defendant United Property & Casualty Insurance Company was, at the time this action was commenced, and still is, a Florida corporation organized and incorporated under the laws of Florida with its principal place of business in Florida. UPC is a citizen of Florida. UPC is not a citizen of Texas. It is authorized to do business in the State of Texas. UPC has obtained a certificate of authority under Chapter 982 of the Texas Insurance Code, titled Foreign and Alien Insurance Companies.

1.3. Because Plaintiffs are citizens of Texas and UPC is a citizen of Florida, and not Texas, complete diversity of citizenship exists among the parties.

## II.
## FACTUAL AND PROCEDURAL BACKGROUND

2.1. On March 1, 2019, Plaintiffs filed this lawsuit against UPC in the 319th District Court of Nueces County, Texas.

2.2. Plaintiffs served UPC with a copy of the Original Petition on March 12, 2019. Plaintiffs made a jury demand in their Original Petition.

2.3. UPC files this notice of removal within 30 days of receiving Plaintiffs' initial pleading. See 28 U.S.C. § 1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

2.4. As required by Local Rule 81 and 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" is an Index of Matters Being Filed.

## III.
## BASIS FOR REMOVAL

3.1. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a), 1441(a) and 1446. Plaintiffs are individual residents and citizens of the State of Texas. UPC is a Florida corporation organized and incorporated under Florida law that maintains

its principal place of business in Florida. UPC is a citizen of Florida and not a citizen of Texas.

3.2. Additionally, this is a civil action wherein the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. 1332(a). Plaintiffs allege that UPC is liable under a residential insurance policy because Plaintiffs made a claim under that policy and UPC allegedly wrongfully adjusted Plaintiffs' claim. Plaintiffs seek actual damages, policy benefits, pre-judgment interest, post-judgment interest, consequential damages, court costs, attorney's fees, treble damages, statutory interest, and exemplary damages. Plaintiffs' Petition states that "Plaintiff is seeking monetary relief over $250,000 but not over $500,000." Because it is clear from the face of the Petition that the amount in controversy exceeds $75,000.00, removal is proper.

3.3. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

3.4. UPC will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## IV.
## PRAYER

4.1 This case is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332. Removal of this case is proper under 28 U.S.C. §1441 and in conformance with 28 U.S.C. §1446. For these reasons, **UNITED PROPERTY & CASUALTY INSURANCE COMPANY** removed this case from the District Court, 319th Judicial District, of Nueces County, Texas, to this Court and prays that this Court enter such orders and grant such relief as may be necessary to secure such removal.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: */s/ James H. Hunter, Jr.*
James H. Hunter, Jr.
Attorney-in-Charge
State Bar No. 00784311
Fed. ID No. 15703
E-Mail:  jim.hunter@roystonlaw.com
55 Cove Circle
Brownsville, Texas 78520
Tel:  956-542-4377
Fax:  956-542-4370
**ATTORNEY FOR DEFENDANT**
**UNITED PROPERTY & CASUALTY**
**INSURANCE COMPANY**

OF COUNSEL:

Esteban Delgadillo
State Bar No. 24087406
Fed. ID No. 2149087
esteban.delgadillo@roystonlaw.com
Shauna A. Lozano
State Bar No. 24106229
Fed. ID No. 3151244
shauna.lozano@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document has been forwarded *certified mail, return receipt requested* to all counsel of record on this **2nd** day of April 2019, as follows:

Shaun W. Hodge
**Hodge Law Firm, PLLC**
Old Galveston Square Building
2211 The Strand, Suite 302
Galveston, TX 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

*/s/ James H. Hunter, Jr.*
Royston, Rayzor, Vickery & Williams, LLP