Case 2:19-cv-00101   Document 17   Filed on 09/30/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHAH ISLAM, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 2:19-CV-101 § UNITED PROPERTY & CASUALTY § INSURANCE CO., § § Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's order on the parties' agreed motion to dismiss, (D.E. 16), the Court enters final judgment dismissing this action with prejudice.

SIGNED and ORDERED this ___30th___ day of September 2019.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE